**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JOSEPH RISH JR.,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>CAS MEDICAL SYSTEMS, INC., ALAN W. MILINAZZO, PAUL A. MOLLOY, THOMAS S. PATTON, GREGORY P. RAINEY, JAMES E. THOMAS, KATHLEEN A. TUNE, and KENNETH R. WEISSHAAR,<br><br>　　　　　Defendants. | Case No.: 1:19-cv-00547 |

**NOTICE OF DISMISSAL**

　　Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that plaintiff Joseph Rish Jr. ("Plaintiff") voluntarily dismisses the captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: April 15, 2018　　　　　　　　　　**O'KELLY ERNST & JOYCE, LLC**

　　　　　　　　　　　　　　　　　　　　*/s/ Ryan M. Ernst*
　　　　　　　　　　　　　　　　　　　　Ryan M. Ernst (#4788)
　　　　　　　　　　　　　　　　　　　　901 N. Market St., Suite 1000
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　Telephone: (302) 778-4000
　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 295-2873
　　　　　　　　　　　　　　　　　　　　Email: rernst@oelegal.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*